FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLER BACH, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHELAN COUNTY, a Washington municipal corporation,<br><br>Defendant. | No.  2:23-CV-00054-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIM<br><br>**ECF Nos. 5, 9, 10 & 11** |

**BEFORE THE COURT** is an April 18, 2023 "Stipulation and Order to Dismiss Claim Under RCW 64.40." ECF No. 9.  Defendant previously filed a motion for partial summary judgment with respect to Plaintiff's claim under RCW 64.40.  ECF No. 5.  Plaintiff is represented by Julie K. Norton; Defendant is represented by Kenneth W. Harper and Quinn N. Plant.

Claim I of Plaintiff's Complaint alleges a cause of action against Defendant Chelan County under Wash. Rev. Code § 64.40 *et seq.* for arbitrary, capricious, and unlawful permit decisions.  *See* Complaint ¶¶ 4.1-4.5.  Defendant's motion for partial summary judgment asserts the claim pursuant to § 64.40 is barred by the 30-day statute of limitations of Wash. Rev. Code § 64.40.030.  *See* ECF No. 5.  Plaintiff filed no response to the motion for partial summary judgment.  Instead, the parties filed the instant stipulation to dismiss the claim, with prejudice, and without an award of costs or attorneys' fees.  ECF No. 9.  Defendant subsequently

ORDER - 1

filed a motion to strike the motion for partial summary judgment, ECF No. 10, and a motion to expedite the motion to strike, ECF No. 11.

Based on the foregoing and good cause appearing therefor, **IT IS HEREBY ORDERED** the parties' stipulation to dismiss Plaintiff's claim under Ch. 64.40 RCW (Claim I in Plaintiff's Complaint), **ECF No. 9**, is **GRANTED.** Plaintiff's claim under Wash. Rev. Code § 64.40 *et seq.*, as alleged at paragraph 4.1 through 4.5 of the Complaint, is **DISMISSED WITH PREJUDICE and without an award of costs or attorneys' fees to any party**.

**IT IS FURTHER ORDERED** Defendant's motion to strike, **ECF No. 10**, and corresponding motion to expedite, **ECF No. 11**, are **GRANTED**. Consequently, Defendant's March 8, 2023 Motion for Partial Summary Judgment, **ECF No. 5**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED April 24, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2